**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22 B 05171 |
| Traci S Golden, ) | HON. DEBORAH THORNE |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## NOTICE OF MOTION

To:  Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604;

See Attached Service List

Please take notice that on August 10, 2022, at 9:30 AM, I will appear before the HONORABLE Deborah L. Thorne or any judge sitting in that judge's place and present the motion to vacate dismissal, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com. Then enter the meeting ID.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

**Meeting ID and password**. The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## **PROOF OF SERVICE**

      The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on August 4, 2022.

Respectfully Submitted,

_____/s/ *Thomas Nield*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

```
Label Matrix for local noticing          U.S. Bankruptcy Court                    800 LOANMART/CCB
0752-1                                   Eastern Division                         15400 SHERMAN WAY STE 17
Case 22-05171                            219 S Dearborn                           VAN NUYS, CA 91406-4271
Northern District of Illinois            7th Floor
Eastern Division                         Chicago, IL 60604-1702
Thu Aug  4 08:55:20 CDT 2022

AT&T Mobility II LLC                     Advance America                          (p)APPLIED BANK
%AT&T SERVICES INC.                      50 S. Kennedy Dr. Rt 25, Ste. 5a         PO BOX 15809
KAREN A. CAVAGNARO  PARALEGAL            Carpentersville, IL 60110                WILMINGTON DE 19850-5809
ONE AT&T WAY, SUITE 3A104
BEDMINSTER, NJ. 07921-2693

Applied Bnk                              Bilateral Co                             CHIME/STRIDE BANK NA
4700 EXCHANGE COUR                       141 W 28th St New                        324 WEST BROADWAY
BOCA RATON, FL 33431-4450                York, NY 10001-6115                      ENID, OK 73701-3838


Capital Community Bank c/o Wheels Financial   (p)CITIZENS BANK N A                Edfinancial
15400 Sherman Way, Ste 300               ATTN BANKRUPTCY TEAM                     120 N Seven Oaks Drive
Van Nuys, CA 91406-4272                  ONE CITIZENS BANK WAY                    Knoxville, TN 37922-2359
                                         JCA115
                                         JOHNSTON RI 02919-1922

Edfinancial on behalf of US Dept. of Educati  FETTI FINGERHUT/WEBBAN              (p)FIRST NATIONAL BANK OF OMAHA
120 N Seven Oaks Drive                   13300 PIONEER TRL                        1620 DODGE ST
Knoxville, TN 37922-2359                 EDEN PRAIRIE, MN 55347-4120              STOP CODE 3113
                                                                                  OMAHA NE 68102-1593

First Premier Bank                       Fstprogress                              (p)HERITAGE ACCEPTANCE CORPORATION
PO Box 7999                              P.O. Box  84010                          118 SOUTH SECOND STREET
c/o Stephen Dirksen                      Columbus, GA 31908-4010                  ELKHART IN 46516-3113
Saint Cloud, MN 56302-7999

Munster Radiology Group                  NW Indiana Path Consultants PC           Premier Bankcard, LLC
c/o Komyatte & Casbon, P.C.              c/o Komyatte & Casbon, P.C.              Jefferson Capital Systems LLC Assignee
9650 Gordon Drive                        9650 Gordon Drive                        Po Box 7999
Highland, IN 46322-2909                  Highland, IN 46322-2909                  Saint Cloud MN 56302-7999

Quantum3 Group LLC as agent for          T Mobile/T-Mobile USA Inc                Verizon
Sadino Funding LLC                       by American InfoSource as agent          by American InfoSource as agent
PO Box 788                               4515 N Santa Fe Ave                      4515 N Santa Fe Ave
Kirkland, WA  98083-0788                 Oklahoma City, OK 73118-7901             Oklahoma City, OK 73118-7901

Verizon Wireless                         Webbank/Fingerhut                        Marilyn O Marshall
P.O. Box 660108                          7075 Flying Cloud Dr                     224 South Michigan Ste 800
Dallas, TX 75266-0108                    Eden Prairie, MN 55344-3532              Chicago, IL 60604-2503


Patrick S Layng                          Shamus M Boyd                            Traci S Golden
Office of the U.S. Trustee, Region 11    Semrad Law Frim                          15 East 105th Street
219 S Dearborn St                        20 S Clark St                            Chicago, IL 60628-2731
Room 873                                 Ste 28
Chicago, IL 60604-2027                   Chicago, IL 60603-1811
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| **Applied Bank**<br>4700 Exchange Cour<br>Boca Raton, FL 33431 | **Citizens Bank N.A.**<br>One Citizens Bank Way<br>Mailstop: JCA115<br>Johnston, RI 02919 | **First National Bank Omaha**<br>1620 Dodge St Stop Code 3129<br>Omaha, NE 68197 |
| **(d)Fnb Omaha**<br>PO BOX 3412<br>OMAHA, NE 68197 | **Hertg Accpt**<br>1420 S Michigan<br>South Bend, IN 46556 | **End of Label Matrix**<br>Mailable recipients    29<br>Bypassed recipients     0<br>Total                  29 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 22 B 05171 |
| Traci S Golden, ) | HON. DEBORAH THORNE |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

## MOTION TO VACATE ORDER DISMISSING CASE AND SHORTEN NOTICE

NOW COMES the Debtor, Traci S Golden, by and through Debtor's attorneys, The Semrad Law Firm, LLC, and moves this Honorable Court to vacate the Order Granting Trustee's Motion to Dismiss. Debtor states the following:

1. Debtor respectfully requests this Motion to be heard on shortened notice.

2. On May 5, 2022, Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. This Honorable Court has not yet confirmed the case.

4. This Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

5. On July 27, 2022, this Honorable Court entered an Order Granting the Chapter 13 Trustee's Motion to Dismiss, at docket entry number 19, for unreasonable delay.

6. The Debtor has tendered certified funds to her attorney in the amount of $1,155.00 to cure the trustee default.

7. Debtor is now in a position to move forward with the Chapter 13 case.

8. Debtor respectfully requests this Honorable Court to vacate the Order Granting Motion to Dismiss, entered on July 27, 2022, at docket entry number 19.

9. Debtor has filed the current case in good faith and intends on completing the Chapter 13

Plan.

Traci S Golden, Debtor, prays this Honorable Court to enter an Order Vacating the Order Granting Trustee's Motion to Dismiss, at docket entry number 19, and for such other and further relief as this Court deems fair and equitable.

Respectfully Submitted,

/s/ *Thomas Nield*
Attorney for Debtor
The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625